PURE OIL COMPANY v. PHILIP N. MAINGUY and Others.[1]

July 31, 1908.

Nos. 15,742—(213).

Action in the municipal court of Minneapolis to recover $162.50, amount alleged to be due upon the purchase price of certain merchandise. The case was tried before Waite, J., who found in favor of plaintiff in the sum demanded. From an order denying his motion for a new trial, defendant Edmund E. Hans appealed. Affirmed.

*M. A. Jordan* and *Thomas Kneeland*, for appellant.
*Fred W. Reed* and *C. D. Gould*, for respondent.

PER CURIAM.

This case involves the same issues as Diamond Rubber Co. v. Hans, supra, page 249, 117 N. W. 504. It is affirmed.